IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
JONATHAN NUÑEZ-LOPEZ
Defendant

CRIMINAL 12-0841CCC

**ORDER**

    Having considered the Report and Recommendation filed on April 16, 2013 (**docket entry 30**) on a Rule 11 proceeding of defendant Jonathan Núñez-López before U.S. Magistrate Judge Camille L. Vélez-Rivé on April 11, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

    This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 11, 2013. The **sentencing hearing is set for July 10, 2013 at 4:30 PM**.

    SO ORDERED.

    At San Juan, Puerto Rico, on May 6, 2013.

                                              S/CARMEN CONSUELO CEREZO
                                              United States District Judge